St. Louis, Alton & Terre Haute Railroad Company

v.

Charles H. Goodall.

*Practice—Placita—Necessity Therefor.*

The judgment is reversed in the case presented, the record containing no placita or convening order of court, it not appearing before what judge the cause was tried, or whether it was heard before the judge who signed the bill of exceptions. It is not the office of the bill of exceptions to supply any part of the record proper.

[Opinion filed April 4, 1892.]

Appeal from the Circuit Court of Williamson County; the Hon. Joseph P. Roberts, Judge, presiding.

Messrs. Clemens & Warder, for appellant.

Mr. Sam. H. Goodall, for appellee.

Abt v. Weyand.

*Per Curiam.* The record in this case contains no *placita* or convening order of court. It does not appear from anything in it before what judge the cause was tried or whether it was in fact heard before the judge who signs the bill of exceptions. It is not the office of the bill of exceptions to supply any part of the record proper. The judgment must be reversed. The reason why the judgment is not valid is because it does not appear that there was the proper organization of a court by which a lawful judgment could be rendered. Planing Mill Lumber Co. v. The City of Chicago, 56 Ill. 304; Keller v. Brickey, 63 Ill. 496.

The judgment is reversed and the cause remanded.

*Reversed and remanded.*